United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-13978-sr
Willie Jackson                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv              Page 1 of 2              Date Rcvd: Aug 23, 2016
                              Form ID: 309I          Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2016.
```
db         +Willie Jackson,    5127 North Broad Street,    Philadelphia, PA 19141-1635
tr         +FREDERICK L. REIGLE,    Chapter 13 Trustee,    2901 St. Lawrence Ave.,    P.O. Box 4010,
             Reading, PA 19606-0410
13738654    Abington Memorial Hospital,    PO Box 786331,    Philadelphia, PA 19178-6331
13738659   +Central Financial Control,    PO Box 66051,    Anaheim, CA 92816-6051
13738661   +Citibank, NA,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13738663    City & School District of Philadelphia,    PO Box 8409,    Philadelphia, PA 19101-8409
13738664   +City of Philadelphia,    Department of Finance,    PO Box 56318,    Philadelphia, PA 19130-6318
13738668    City of Philadelphia,    Department of Revenue,    PO Box 41496,    Philadelphia, PA 19101-1496
13774405    ECMC,    Po Box 16408,    Saint Paul MN 55116-0408
13738673    Fire Department- EMS Division,    PO Box 56317,    Philadelphia, PA 19130-6317
13738675    Graduate Hospital,    PO Box 829170,    Philadelphia, PA 19182-9170
13738676   +Hamilton Dental Associates,    2929 Klockner Road,    Trenton, NJ 08690-2809
13738677   +Hester Jackson,    5127 North Broad Street,    Philadelphia, PA 19141-1635
13738681    PECO Energy-Payment Processing,    PO Box 37629,    Philadelphia, PA 19101-0629
13738683    PFS Group,    7670 Woodway Drive, Suite250,    Houston, TX 77063-1519
13738684   +PGW,    800 West Montgomery Avenue, 3rd floor,    Attn: Liens & Judgment Section,
             Philadelphia, PA 19122-2806
13738685   +PGW,    800 West Montgomery Drive,    attn: Bankruptcy Department,    Philadelphia, PA 19122-2806
13738680   +Peco Energy,    Payment Processsing,    PO Box 13439,    Philadelphia, PA 19101-3439
13738682   +Peco-Payment Processing,    PO Box 13778,    Philadelphia, PA 19101-3778
13738686   +Pinnacle Security,    1290 Sandhill Road,    Orem, UT 84058-7306
13738687    Plaza Associates,    JAF Station,    PO Box 2769,    New York, NY 10116-2769
13738688   +Quest Diagnostics,    PO Box 740775,    Cincinnati, OH 45274-0775
13738690    Sallie Mae,    PO Box 75906,    Saint Paul, MN 55175
13738692    Syndicated Ofice Systems,    PO Box 809065,    Dallas, TX 75380-9065
13747559    Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
             Eagan MN 55121-7700
13738697    Wells Fargo Home Mortgage,    PO Box 11701,    Newark, NJ 07101-4701
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         E-mail/Text: midusa1@comcast.net Aug 24 2016 01:49:54      MICHAEL D. SAYLES,
             Sayles and Associates,    427 West Cheltenham Avenue, Suite #2,    Elkins Park, PA  19027-3201
smg         E-mail/Text: bankruptcy@phila.gov Aug 24 2016 01:50:28      City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 24 2016 01:50:19      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust        +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Aug 24 2016 01:50:13      United States Trustee,
             Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13738656   +EDI: RMCB.COM Aug 24 2016 01:38:00      AMCA,    PO BOX 1235,    Elmsford, NY 10523-0935
13738657    EDI: PHINAMERI.COM Aug 24 2016 01:38:00      Ameri Credit,    PO Box 183593,
             Arlington, TX 76096
13738655    E-mail/Text: filinukm@einstein.edu Aug 24 2016 01:50:02      Albert Einstein Medical Center,
             PO Box 785371,    Philadelphia, PA 19178-0001
13738658    EDI: RESURGENT.COM Aug 24 2016 01:38:00      Ashley Funding Services, LLC,    PO Box 10587,
             Greenville, SC 29603-0587
13738665    E-mail/Text: bankruptcy@phila.gov Aug 24 2016 01:50:27      City of Philadelphia,
             Department of Revenue,    PO Box 1630,    Philadelphia, PA 19105-1630
13738666    E-mail/Text: bankruptcy@phila.gov Aug 24 2016 01:50:28      City of Philadelphia,
             Law Department-Bankruptcy Unit,    1515 Arch Street, 15th  Floor,    Philadelphia, PA 19102-1595
13738667    E-mail/Text: bankruptcy@phila.gov Aug 24 2016 01:50:28      City of Philadelphia,
             Law Department-Bankruptcy Unit,    Municipal Services Building,    1401 JFK Boulevard, 5th Floor,
             Philadelphia, PA 19102-1595
13738660   +EDI: CHASE.COM Aug 24 2016 01:38:00      Chase,    PO BOX 78148,    Phoenix, AZ 85062-8148
13738662    E-mail/Text: bankruptcy@phila.gov Aug 24 2016 01:50:27
             City & School District of Philadelphia,    Law Department-Tax Unit,
             1515 Arch Street, 15th  Floor,    Philadelphia, PA 19102-1595
13738669    E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Aug 24 2016 01:50:31      Comcast,
             PO Box 3006,    Southeastern, PA 19398-3006
13738671    EDI: DIRECTV.COM Aug 24 2016 01:38:00      DIRECTV,    PO Box 11732,    Newark, NJ 07101-4732
13738672   +E-mail/Text: vivian@interstatecredit.net Aug 24 2016 01:50:19      Einstein Medical Center,
             c/o Interstate Credit & Collections,    21 West Fornance Street,    Norristown, PA 19401-3300
13738674   +EDI: AMINFOFP.COM Aug 24 2016 01:38:00      First Premier Bank,    601 South Minnesota Avenue,
             Sioux Falls, SD 57104-4868
13738678   +E-mail/Text: vivian@interstatecredit.net Aug 24 2016 01:50:19
             Interstate Credit & Collections,    21 West Fornance Street,    Norristown, PA 19401-3300
13738679   +E-mail/Text: bankruptcygroup@peco-energy.com Aug 24 2016 01:49:59      Peco,    c/o Merrick Friel,
             2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13741076   +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 24 2016 01:50:10
             Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
             Harrisburg, PA 17128-0946
13738689   +EDI: RESURGENT.COM Aug 24 2016 01:38:00      Resurgent Capital Services,    PO Box 10587,
             Greenville, SC 29603-0587
```

```
District/off: 0313-2          User: dlv              Page 2 of 2                  Date Rcvd: Aug 23, 2016
                              Form ID: 309I          Total Noticed: 54

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13738691          EDI: NAVIENTFKASMSERV.COM Aug 24 2016 01:38:00      Sallie Mae Servicing,   11100 USA Parkway,
                   Fishers, IN 46037-9203
13738693          EDI: VERIZONEAST.COM Aug 24 2016 01:38:00      Verizon,   PO Box 15026,   Albany, NY 12212-5026
13738695          E-mail/Text: james.feighan@phila.gov Aug 24 2016 01:50:34      Water Revenue Bureau,
                   Phyllis Chase, Collections Manager,   Municipal Services Building,   1401 JFK Blvd.,
                   Philadelphia, PA 19102-1663
13738694          E-mail/Text: james.feighan@phila.gov Aug 24 2016 01:50:34      Water Revenue Bureau,
                   Philadelphia Department of Revenue,   1401 JFK Boulevard,   Philadelphia, PA 19102-1663
13738696         +EDI: WFFC.COM Aug 24 2016 01:38:00      Wells Fargo Bank, NA,   Attn: Bankruptcy Department,
                   MAC# D3347-014,   3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
13738698         +E-mail/Text: bankruptcynotice@westlakefinancial.com Aug 24 2016 01:50:13
                   Westlake Financial Service,   4751 Wilshire Blvd,   Ste 100,   Los Angeles, CA 90010-3847
13738699         +E-mail/Text: bankruptcynotice@westlakefinancial.com Aug 24 2016 01:50:13
                   Westlake Financial Services,   PO BOX 54807,   Los Angeles, CA 90054-0807
                                                                                               TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
13738670*        ++CITY OF PHILA SCHOOL DISTRICT OF PHILA,   MUNICIPAL SERVICES BUILDING,
                   1401 JOHN F KENNEDY BLVD 5TH FLOOR,   PHILADELPHIA PA 19102-1617
                  (address filed with court:   Department of Streets,   PO BOX 966,   Philadelphia, PA 19105)
                                                                                          TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2016 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Citibank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KARINA VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              MICHAEL D. SAYLES    on behalf of Debtor Willie  Jackson midusa1@comcast.net,
               MichaelDSaylesEsq@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Willie Jackson** | | Social Security number or ITIN | xxx–xx–7552 |
| | First Name    Middle Name    Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | | Social Security number or ITIN | _ _ _ _ |
| | First Name    Middle Name    Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | | Date case filed for chapter 13 | 6/2/16 |
| Case number: | **16–13978–sr** | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/15

**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Willie Jackson | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5127 North Broad Street<br>Philadelphia, PA 19141 | |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL D. SAYLES<br>Sayles and Associates<br>427 West Cheltenham Avenue, Suite #2<br>Elkins Park, PA 19027–3201 | Contact phone (215) 635–2270<br>Email: midusa1@comcast.net |
| 5. | **Bankruptcy trustee**<br>Name and address | FREDERICK L. REIGLE<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>P.O. Box 4010<br>Reading, PA 19606 | Contact phone (610)779–1313<br>Email: ecfmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Office Hours:  Philadelphia Office ––<br>8:30 A.M. to 5:00 P.M Reading Office<br>–– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br>Date: 8/23/16 |

**For more information, see page 2**

Official Form 309I                    **Notice of Chapter 13 Bankruptcy Case**                    page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 16, 2016 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/15/16** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/15/16** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 11/29/16** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 600.00 per month for 60 months. The hearing on confirmation will be held on:<br>**10/26/16** at **10:00 AM**, Location: **Courtroom #4, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |