IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------x
In re:                                           :
                                                    :        In Chapter 13
     WILLIE JACKSON             :
                                                    :        Bankruptcy No. 16-13978 (SR)
                  Debtor.      :
-------------------------------------------------------x

## **PRAECIPE TO WITHDRAW OBJECTION**

TO THE CLERK OF THE BANKRUPTCY COURT:

      Kindly withdraw the City of Philadelphia's Objection to the Proposed Chapter 13 Plan (Document #36) which was filed on February 2, 2017.

                                    Respectfully submitted,

                                    THE CITY OF PHILADELPHIA

Dated: March 21, 2017                 By:  */s/ Joshua Domer*
                                      JOSHUA DOMER
                                      Assistant City Solicitor
                                      PA Attorney I.D. 319190
                                      Attorney for the City of Philadelphia
                                      City of Philadelphia Law Department
                                      Municipal Services Building
                                      1401 JFK Boulevard, 5th Floor
                                      Philadelphia, PA  19102-1595
                                      215-686-0519 (phone)
                                      Email: Joshua.Domer@phila.gov