**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : Case No.: 16-13978 |
| Willie Jackson | : Chapter 13 |
| | : Judge Stephen Raslavich |
| Debtor(s). | : * * * * * * * * * * * * * * * * * * * |

**PRAECIPE TO WITHDRAW CREDITOR'S OBJECTION**
**TO DEBTOR'S CHAPTER 13 PLAN**

Kindly withdraw the Objection to Debtor's Chapter 13 Plan that was filed on October 6, 2016, on behalf of Wells Fargo Bank, N.A. ("Creditor") at Docket number 25.

                                          Respectfully submitted,

                                          /s/ Karina Velter
                                          Karina Velter, Esquire (94781)
                                          Kimberly A. Bonner (89705)
                                          Holly N. Wolf (322153)
                                          Manley Deas Kochalski LLC
                                          P.O. Box 165028
                                          Columbus, OH  43216-5028
                                          Telephone: 614-220-5611
                                          Fax: 614-627-8181
                                          Attorneys for Creditor
                                          The case attorney for this file is Karina Velter.
                                          Contact email is kvelter@manleydeas.com

16-014776_JDD1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : **Case No.: 16-13978** |
| **Willie Jackson** | : **Chapter 13** |
| | : **Judge Stephen Raslavich** |
| Debtor(s). | : * * * * * * * * * * * * * * * * * * |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Praecipe to Withdraw Creditor's Objection to Debtor's Chapter 13 Plan was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

Frederick L. Reigle, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave., Reading, PA  19606

Michael D. Sayles, Attorney for Willie Jackson, Sayles and Associates, 427 West Cheltenham Avenue, Suite #2, Elkins Park, PA  19027-3201, midusa1@comcast.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on March   21, 2017:

Willie Jackson, 5127 North Broad Street, Philadelphia, PA 19141


DATE:   3/21/17            /s/ Karina Velter
                           Karina Velter, Esquire (94781)
                           Kimberly A. Bonner (89705)
                           Holly N. Wolf (322153)
                           Manley Deas Kochalski LLC
                           P.O. Box 165028
                           Columbus, OH  43216-5028
                           Telephone: 614-220-5611
                           Fax: 614-627-8181
                           Attorneys for Creditor
                           The case attorney for this file is Karina Velter.
                           Contact email is kvelter@manleydeas.com

16-014776_JDD1