IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Willie Jackson** : | Bankruptcy No.: **16-13978\sr** |
| : | |
| : | |
| DEBTOR : | CHAPTER: 13 |

### ADDENDUM TO DEBTOR'S AMENDED CHAPTER 13 PLAN

Debtor shall tender, over the course of his Chapter 13 Plan, an additional payment in the amount of **$6,040.00** to the Office of the Chapter 13 Standing Trustee Frederick Reigle.

Date: **June 6, 2017**

\s\ **Michael D. Sayles, Esquire**
Michael D. Sayles
Attorney for Debtor
427 West Cheltenham Ave., Suite #2
Elkins Park, PA  19027