```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                                    Case No. 16-13978-sr
Willie Jackson                                                            Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0313-2         User: Virginia               Page 1 of 3                 Date Rcvd: Jul 27, 2017
                             Form ID: pdf900              Total Noticed: 59


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2017.
db             +Willie Jackson,    5127 North Broad Street,    Philadelphia, PA 19141-1635
13738657      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:   Ameri Credit,    PO Box 183593,    Arlington, TX 76096)
13738654       Abington Memorial Hospital,    PO Box 786331,    Philadelphia, PA 19178-6331
13746866      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
               Arlington, TX 76096-3853
13738659      +Central Financial Control,    PO Box 66051,    Anaheim, CA 92816-6051
13738660      +Chase,   PO BOX 78148,    Phoenix, AZ 85062-8148
13738661      +Citibank, NA,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13738663       City & School District of Philadelphia,    PO Box 8409,    Philadelphia, PA 19101-8409
13738664      +City of Philadelphia,    Department of Finance,    PO Box 56318,    Philadelphia, PA 19130-6318
13738668       City of Philadelphia,    Department of Revenue,    PO Box 41496,    Philadelphia, PA 19101-1496
13738671      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
               (address filed with court:   DIRECTV,    PO Box 11732,    Newark, NJ 07101-4732)
13774405       ECMC,   Po Box 16408,    Saint Paul MN 55116-0408
13738673       Fire Department- EMS Division,    PO Box 56317,    Philadelphia, PA 19130-6317
13738674      +First Premier Bank,    601 South Minnesota Avenue,    Sioux Falls, SD 57104-4868
13738675       Graduate Hospital,    PO Box 829170,    Philadelphia, PA 19182-9170
13738676      +Hamilton Dental Associates,    2929 Klockner Road,    Trenton, NJ 08690-2809
13738677      +Hester Jackson,    5127 North Broad Street,    Philadelphia, PA 19141-1635
13950786      +Michael D. Sayles, Esquire,    427 West Cheltenham Avenue, Suite #2,
               Elkins Park, PA 19027-3291
13802684       Navient Solutions, Inc. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
               Wilkes-Barre, PA 18773-9635
13738681       PECO Energy-Payment Processing,    PO Box 37629,    Philadelphia, PA 19101-0629
13738683      #PFS Group,    7670 Woodway Drive, Suite250,    Houston, TX 77063-1519
13738684      +PGW,    800 West Montgomery Avenue, 3rd floor,    Attn: Liens & Judgment Section,
               Philadelphia, PA 19122-2806
13738685      +PGW,    800 West Montgomery Drive,    attn: Bankruptcy Department,    Philadelphia, PA 19122-2806
13738680      +Peco Energy,    Payment Processsing,    PO Box 13439,    Philadelphia, PA 19101-3439
13738682      +Peco-Payment Processing,    PO Box 13778,    Philadelphia, PA 19101-3778
13738686      +Pinnacle Security,    1290 Sandhill Road,    Orem, UT 84058-7306
13738687       Plaza Associates,    JAF Station,    PO Box 2769,    New York, NY 10116-2769
13738688      +Quest Diagnostics,    PO Box 740775,    Cincinnati, OH 45274-0775
13738690       Sallie Mae,    PO Box 75906,    Saint Paul, MN 55175
13828271       Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
13738692       Syndicated Ofice Systems,    PO Box 809065,    Dallas, TX 75380-9065
13738693       Verizon,    PO Box 15026,    Albany, NY 12212-5026
13738694       Water Revenue Bureau,    Philadelphia Department of Revenue,    1401 JFK Boulevard,
               Philadelphia, PA 19102-1663
13738695       Water Revenue Bureau,    Phyllis Chase, Collections Manager,    Municipal Services Building,
               1401 JFK Blvd.,    Philadelphia, PA 19102-1663
13747559       Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
               Eagan MN 55121-7700
13738696      +Wells Fargo Bank, NA,    Attn: Bankruptcy Department,    MAC# D3347-014,    3476 Stateview Blvd.,
               Fort Mill, SC 29715-7203
13738697       Wells Fargo Home Mortgage,    PO Box 11701,    Newark, NJ 07101-4701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jul 28 2017 01:50:01      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 28 2017 01:49:56      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcy@phila.gov Jul 28 2017 01:50:00      City of Philadelphia,
                 City of Philadelphia Law Department,   c/o Joshua Domer,    1401 JFK Blvd. 5th Floor,
                 Philadelphia, PA  19102
13738656       +E-mail/Text: bkrpt@retrievalmasters.com Jul 28 2017 01:49:42      AMCA,    PO BOX 1235,
                 Elmsford, NY 10523-0935
13738655        E-mail/Text: tropiann@einstein.edu Jul 28 2017 01:49:25      Albert Einstein Medical Center,
                 PO Box 785371,    Philadelphia, PA 19178-0001
13825097        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 28 2017 01:52:09
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13738658        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2017 01:45:17
                 Ashley Funding Services, LLC,    PO Box 10587,    Greenville, SC 29603-0587
13738665        E-mail/Text: bankruptcy@phila.gov Jul 28 2017 01:50:00      City of Philadelphia,
                 Department of Revenue,    PO Box 1630,    Philadelphia, PA 19105-1630
13738666        E-mail/Text: bankruptcy@phila.gov Jul 28 2017 01:50:00      City of Philadelphia,
                 Law Department-Bankruptcy Unit,    1515 Arch Street, 15th Floor,    Philadelphia, PA 19102-1595
13738667        E-mail/Text: bankruptcy@phila.gov Jul 28 2017 01:50:00      City of Philadelphia,
                 Law Department-Bankruptcy Unit,    Municipal Services Building,    1401 JFK Boulevard, 5th Floor,
                 Philadelphia, PA 19102-1595
```

```
District/off: 0313-2          User: Virginia             Page 2 of 3                   Date Rcvd: Jul 27, 2017
                              Form ID: pdf900            Total Noticed: 59


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13824316       +E-mail/Text: bankruptcy@phila.gov Jul 28 2017 01:50:00
                 CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13738662        E-mail/Text: bankruptcy@phila.gov Jul 28 2017 01:50:00
                 City & School District of Philadelphia,    Law Department-Tax Unit,
                 1515 Arch Street, 15th Floor,   Philadelphia, PA 19102-1595
13738669        E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jul 28 2017 01:50:13      Comcast,
                 PO Box 3006,   Southeastern, PA 19398-3006
13738672       +E-mail/Text: vivian@interstatecredit.net Jul 28 2017 01:49:55      Einstein Medical Center,
                 c/o Interstate Credit & Collections,    21 West Fornance Street,    Norristown, PA 19401-3300
13913522       +E-mail/Text: cio.bncmail@irs.gov Jul 28 2017 01:49:17      Internal Revenue Service,
                 Centralized Insolvency Operation,   Po Box 7317,    Philadelphia, Pa 19101-7317
13738678       +E-mail/Text: vivian@interstatecredit.net Jul 28 2017 01:49:55
                 Interstate Credit & Collections,    21 West Fornance Street,   Norristown, PA 19401-3300
13738679       +E-mail/Text: bankruptcygroup@peco-energy.com Jul 28 2017 01:49:20      Peco,    c/o Merrick Friel,
                 2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
13741076       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2017 01:49:29
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
13738689       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2017 01:45:16
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13738691        E-mail/PDF: pa_dc_claims@navient.com Jul 28 2017 01:45:45       Sallie Mae Servicing,
                 11100 USA Parkway,   Fishers, IN 46037-9203
13738698       +E-mail/Text: bankruptcynotice@westlakefinancial.com Jul 28 2017 01:49:44
                 Westlake Financial Service,    4751 Wilshire Blvd,   Ste 100,   Los Angeles, CA 90010-3847
13738699       +E-mail/Text: bankruptcynotice@westlakefinancial.com Jul 28 2017 01:49:44
                 Westlake Financial Services,    PO BOX 54807,   Los Angeles, CA 90054-0807
                                                                                              TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              AmeriCredit Financial Services, Inc. dba GM Financ
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA   17128-0946
13746873*      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
13808597*      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
13738670*      ++CITY OF PHILA SCHOOL DISTRICT OF PHILA,   MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F KENNEDY BLVD 5TH FLOOR,   PHILADELPHIA PA 19102-1617
                (address filed with court: Department of Streets,    PO BOX 966,   Philadelphia, PA 19105)
                                                                                TOTALS: 1, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2017 at the address(es) listed below:
          DENISE ELIZABETH CARLON    on behalf of Creditor    Citibank bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          JOSHUA  DOMER    on behalf of Creditor    City of Philadelphia joshua.domer@phila.gov,
           james.feighan@phila.gov
```

```
District/off: 0313-2           User: Virginia              Page 3 of 3             Date Rcvd: Jul 27, 2017
                               Form ID: pdf900             Total Noticed: 59
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Citibank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KARINA   VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Citibank bkgroup@kmllawgroup.com
          MICHAEL D. SAYLES    on behalf of Debtor Willie   Jackson midusa1@comcast.net,
           michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor    Citibank tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  **Willie Jackson** | ) | Chapter 13 |
| | ) | |
| | ) | |
| Debtor | ) | |
| | ) | Bankruptcy No.: **16-13978\sr** |

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, in consideration of the Motion to Dismiss Case filed by Standing Trustee (hereinafter "the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This above-captioned chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the United States Bankruptcy Court, if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), any undistributed Chapter 13 plan dividend payments in the possession of the aforesaid Trustee shall not revest in the entity in which such property had vested immediately prior to the commencement of this case. **All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).**

5. All applications for allowance of administrative expenses (including applications for allowances of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties **within five (5) days** of the entry of this Order. Counsel shall file a Certification of Service confirming that such service has been accomplished **within fifteen (15) days** of the entry of this Order.

Date: 7-26-17

U.S. BANKRUPTCY JUDGE