United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Willie Jackson  
      Debtor

Case No. 16-13978-sr  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 1     Date Rcvd: Jul 31, 2017  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2017.  
db          +Willie Jackson,    5127 North Broad Street,    Philadelphia, PA 19141-1635

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2017 at the address(es) listed below:
         DENISE ELIZABETH CARLON    on behalf of Creditor    Citibank bkgroup@kmllawgroup.com  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
         JOSHUA DOMER    on behalf of Creditor    City of Philadelphia joshua.domer@phila.gov,  
          james.feighan@phila.gov  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Citibank bkgroup@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         KARINA VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    Citibank bkgroup@kmllawgroup.com  
         MICHAEL D. SAYLES    on behalf of Debtor Willie Jackson midusa1@comcast.net,  
          michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com  
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
          ecf_frpa@trustee13.com  
         THOMAS I. PULEO    on behalf of Creditor    Citibank tpuleo@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                           TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Willie Jackson**                )       Chapter 13
                                          )
                                          )
        Debtor                            )
                                          )       Bankruptcy No.: **16-13978**

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $3,000.00 |
| Amounts already paid by Debtor: | $500.00 |
| Net amount to be paid by Trustee: | **$2,500.00** |

The net amount is to be paid by the Trustee to Michael D. Sayles, Esquire from available funds in the Debtor's estate.

By the Court:

Dated:_____        _____
                                     Bankruptcy Judge
                                     **Stephen Raslavich**

Copies to:                           **Dated: July 31, 2017**

Michael D. Sayles, Esquire
427 W. Cheltenham Avenue, #2
Elkins Park, PA  19027

Frederick Reigle, Esquire
PO Box 4010
Reading, PA 19606